EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2021 TSPR 13 |
| Lilliam H. Norat David | 206 DPR _____ |

Número del Caso:  TS-12,494

Fecha:  5 de febrero de 2021

Abogada de la parte peticionaria:

　　　　Por Derecho Propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Lilliam H. Norat David                TS-12,494


RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de febrero de 2021.

Atendida la *Solicitud de cambio de estatus de abogado activo en el Registro Único de Abogados y Abogadas* que presentó la Sra. Lilliam H. Norat David, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo